Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
John Tehranian, Esq. (Bar. No. 211616)
   jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Joanna Ardalan, Esq (Bar. No. 285384)
   jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665

Attorneys for Plaintiff, Mavrix Photographs LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>IROUTE, INC, an Illinois Corporation, and DOES 1-10 INCLUSIVE,<br><br>        Defendants. | Case No.<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Mavrix Photographs LLC ("Mavrix"), by and through its attorneys of record, complains against Iroute, Inc. and DOES 1-10 ("Defendant") as follows:

## JURISDICTION AND VENUE

1.      This is a civil action against Defendant for its acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendant may be found and transacts business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendant is subject to the general and specific personal jurisdiction of this Court because of its contacts with the State of California.

## PARTIES

3.      Plaintiff Mavrix is a limited liability company existing under the laws of California, with its principal place of business in Los Angeles, California.

4.      Plaintiff is informed and believes and, upon such, alleges that Iroute, Inc. is an Illinois corporation, with its principal place of business in Chicago, Illinois.

5.      DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

### *The Photo Forming the Subject Matter of This Dispute*

6.      Mavrix Photo, Inc. (MPI) is a prominent celebrity photography agency that licenses its photographs on an exclusive and non-exclusive basis to a multitude of top-tier

2

media outlets, including, the world's leading newspapers, television programs and magazines, like People or US Weekly.  MPI has licensed individual images of celebrities for over $100,000 to major content outlets.

7.    MPI made certain photographs of pop-singer Katy Perry available for licensing on an individual or blanket basis through MPI since the first publication of the images.  One of these images forms the subject matter of this suit and is referred to herein as the "Perry Photo."  The Perry Photo has been licensed as a standalone work.

8.    MPI filed for copyright registration of the Perry Photo within 90 days of its authorship and first publication.

9.    MPI has assigned to Plaintiff Mavrix all rights (including the copyright) to the Perry Photo.

### *The Defendant and the Marketplace*

10.    On information and belief, Defendant Iroute, Inc., is a sophisticated and successful publisher serving its viewers through a popular celebrity photo-distribution website, ouchpress.com ("Ouchpress.com" or "Website").

11.    On information and belief, the Website targets viewers throughout the country, including Southern California, as evident in the advertising materials displayed on the Website.

12.    Plaintiff alleges, on information and belief, that Defendant owned and operated ouchpress.com at all times relevant to this dispute.

13.    Defendant has, on information and belief, violated federal law by willfully infringing Mavrix copyrights to at least one Perry Photo on Ouchpress.com. Attached hereto as Exhibit A is a true and correct copy of screenshots showing Defendant's use of the Perry Photo on Ouchpress.com

14.    Specifically, Defendant reproduced, distributed and publicly displayed at least one Perry Photo, and derivatives thereof, on its website without permission, consent, or license.

**COMPLAINT**

15.     On information and belief, Defendant's reproduction, distribution and public display of the Perry Photo continues unabated to this very day.

16.     On information and belief, Defendant herein has driven significant traffic to Ouchpress.com in large part due to the presence of the sought after and searched-for celebrity images that frame this dispute.  All of this traffic translates into substantial ill-gotten commercial advantage and revenue generation for Defendant as a direct consequence of its infringing actions.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

17.     Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 16 above.

18.     Mavrix is the rightsholder to the copyrights of the Perry Photo, which substantially consist of wholly original material that constitutes copyrightable subject matter under the laws of the United States.  MPI and Mavrix have complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  The Perry Photo has been timely registered with the United States Copyright Office.  The copyright registration number for the Perry Photo is VA 1-797-468.

19.     All rights, including copyright, in and to the Perry Photo protected under registration number VA 1-797-468 were assigned to Plaintiff on or around February 25, 2013.

20.     Defendant has directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilizing the Perry Photo for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

21.     Defendant has willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Perry Photo for purposes of trade.

4

COMPLAINT

22.     On information and belief, Defendant's acts of infringement are willful because, inter alia, the Defendant is a sophisticated online publisher with full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial exploitation.

23.     On information and belief, Defendant, despite such knowledge, willfully reproduced, publicly distributed and publicly displayed the Perry Photo on Ouchpress.com

24.     Defendant has received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Perry Photo for purposes of trade, including by increasing the traffic to Defendant's website and, thus, increasing the advertising fees realized.

25.     The actions of Defendant was and is continuing to be performed without the permission, license or consent of Mavrix.

26.     The wrongful acts of Defendant has caused, and is causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendant from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Plaintiff seeks a declaration that Defendant is infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendant from any further infringement of Plaintiff's copyrights.

27.     As a result of the acts of Defendant alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

28.     Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages of up to $150,000.

29.     Alternatively, at its discretion, Mavrix is entitled to actual damages in an amount to be proven at trial for the infringement of all works at issue.

30.     Plaintiff is also entitled to its attorney's fees in prosecuting this action.

**COMPLAINT**

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendant as follows:

1. The Defendant, its officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the photographs at issue;

2. That Defendant be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. That an accounting be made for all profits, income, receipts or other benefit derived by Defendant from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendant to account for and pay over to Plaintiff all profits derived by Defendant from its acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. For actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b); and

/ / /
/ / /
/ / /

6

**COMPLAINT**

6.      That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.


Dated: August 14, 2015          **ONE LLP**


         By:   /s/ Joanna Ardalan
                Peter R. Afrasiabi
                Joanna Ardalan
                John Tehranian
                Attorneys for Plaintiff,
                Mavrix Photographs LLC

**COMPLAINT**

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Mavrix Photographs LLC hereby demands trial by jury of all issues so triable under the law.

Dated: August 14, 2015   **ONE LLP**

        By: <u>/s/ Joanna Ardalan</u>
          Peter R. Afrasiabi
          Joanna Ardalan
          John Tehranian
          Attorneys for Plaintiff,
          Mavrix Photographs LLC

8

**COMPLAINT**